THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMANUEL BERSON, Appellant.

Argued March 7, 1955; decided April 21, 1955.

*Saul Stephan Davis* for appellant.

*Edward S. Silver, District Attorney (Aaron E. Koota* and *Jerome C. Ditore* of counsel), for respondent.

Judgment affirmed. On this record defendant was properly convicted of a criminal contempt of court, although it is possible, and even probable, that his refusal to answer was because of a mistaken belief that he had a right so to do and, although it is possible, and even probable, that a truthful answer to the question would have shown his innocence of the alleged misconduct which the Grand Jury was investigating. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.